IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STOCKMENS BANK, a Colorado corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE H PARTNERSHIP, a Nebraska general partnership;<br><br>Defendant. | 4:25CV3004<br><br><br>**RECUSAL ORDER** |

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    Dated this 3rd day of February, 2025.

                                                BY THE COURT:

                                                *s/ Jacqueline M. DeLuca*
                                                United States Magistrate Judge