IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STOCKMENS BANK, a Colorado corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE H PARTNERSHIP, a Nebraska general partnership;<br><br>Defendant. | 4:25CV3004<br><br><br><br>**ORDER TO CLERK IN REPLEVIN** |

On February 11, 2025, this matter came for hearing on Plaintiff's request for delivery of certain property. Plaintiff and Defendant appeared before the Court via Zoom video conferencing in response to the Temporary Order of Replevin (Filing No. 11) entered by the Court on January 15, 2025. Evidence was adduced, and the matter was submitted to the Court. The Court, being advised in the premises finds as follows:

1. Plaintiff is entitled, pending completion of the trial on the merits of this action, to the immediate delivery of the following described property:

    A planter and cultivator sold to Defendant by Colton Osborn and Stephanie Osborn on or around December 15, 2022.

2. Plaintiff has raised a bona fide issue as to whether it has special ownership and interest in the above-described property, but that it appears sufficiently probable to the Court that Plaintiff will prevail on the merits of this action, at least with respect to the above property.

3. That there is a bona fide issue as to whether the above-described property is wrongfully detained by Defendant.

2

**IT IS THEREFORE ORDERED** that the Clerk of Court shall issue an Order for Delivery of the above-described property into Plaintiff's possession, subject to Plaintiff's further compliance with the law. Further, the Hall County Sheriff is directed to obtain possession of the property described above, subject to further order of this Court.

Dated this 12th day of February, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge

2