IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STOCKMENS BANK, a Colorado corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE H PARTNERSHIP, a Nebraska general partnership;<br><br>Defendant. | 4:25CV3004<br><br>**ORDER IN REPLEVIN** |

To the Sheriff of Hall County, Nebraska:

**WHEREAS** Plaintiff has instituted an action in this Court to recover from Defendant's possession the following described personal property:

> A planter and cultivator sold to Defendant by Colton Osborn and Stephanie Osborn on or around December 15, 2022.

**WHEREAS** the Honorable Susan M. Bazis, Judge of this Court, has directed the undersigned Clerk to issue an Order for delivery of the above-described property to Plaintiff;

**NOW, THEREFORE,** you are hereby commanded to take into your custody, wherever the same may be found in your county, the above-described property, and then deliver the same to Plaintiff. Plaintiff will maintain possession until further order of this Court. You shall make return of this Order by March 4, 2025.

Witness my hand and seal this 12th day of February 2025.

*[signature: Debra K. Mockling]*
_____
Deputy Clerk of the Court